UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2370 PA (KKx) | Date | May 24, 2016 |
|---|---|---|---|
| Title | Gustavo Arzola, et al. v. City of San Bernardino, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

On April 19, 2016, defendants City of San Bernardino (the "City"), Officer G. Walout, and Officer Ahmed (collectively "Defendants") filed a Notice of Automatic Stay Due to Bankruptcy. (Docket No. 24.) On April 20, 2016, this Court ordered plaintiffs Gustavo Arzola, Yesenia Rosales, A.C., F.C., A.I.C., and R.A. (collectively "Plaintiffs") to file, no later than May 4, 2016, either a dismissal of their claims against the City and unnamed employees of the City or a Notice indicating that they intend to pursue these claims in this Court. (Docket No. 26.) If Plaintiffs intended to pursue these claims in this Court, they were further ordered to file, no later than May 4, 2016, proof that they have filed an appropriate motion in the United States Bankruptcy Court seeking relief from the automatic stay.

On May 5, 2016, Plaintiffs' counsel filed a Notice of Intent to Proceed With Action. (Docket No. 29.) In this document, Plaintiff's counsel explained that he had incorrectly calendared the deadline to respond to the Court's order. Plaintiffs' counsel also stated that he had not yet filed a motion for relief from the automatic stay because he needed to complete training and receive a password to use the Bankruptcy Court's electronic filing system. Plaintiff's counsel estimated that he would be able to complete the training and receive a password "within ten days." More than ten days have passed, and Plaintiffs' counsel has not provided the Court with any update. The Court cautioned that "[f]ailure to timely seek relief from the automatic stay may result in the dismissal of this action without prejudice." Plaintiffs' claims against the City are hereby dismissed without prejudice.

Additionally, the Court now orders Plaintiffs to show cause why this action should not be stayed as to the remaining defendants given that the City may be required to defend and indemnify the remaining defendants. See Cal. Gov. Code § 825. Plaintiffs' Response, not to exceed ten (10) pages, shall be filed no later than June 3, 2016. Defendants' may submit a Reply, also not to exceed ten (10) pages, no later than June 10, 2016.

Finally, on March 31, 2016, the Court ordered A.C., F.C., A.I.C., and R.A. (collectively "Minor Plaintiffs") to submit petitions for appointment of guardians ad litem no later than April 15, 2016. When no timely petitions were filed, the Court ordered Plaintiffs' counsel to show cause why they should not be sanctioned for their failure to comply with this Order. Plaintiffs' counsel state that they have been unable to find a guardian for the Minor Plaintiffs and therefore "respectfully request the court appoint a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2370 PA (KKx) | Date | May 24, 2016 |
|---|---|---|---|
| Title | Gustavo Arzola, et al. v. City of San Bernardino, et al. | | |

guardian ad litem for the children." (Docket No. 30.) Currently, there is no one before the Court who could be appointed as guardian ad litem. Minor Plaintiffs are to submit new petitions for guardians ad litem no later than June 3, 2016. Failure to do so may result in the imposition of sanctions, including dismissal of Minor Plaintiffs' claims. If the Minor Plaintiffs wish, they may, for example, select a guardian ad litem from the Probate Volunteer Panel of the Los Angeles Superior Court. More information is available at http://www.lacourt.org/division/probate/PR0076.aspx.

    IT IS SO ORDERED.